ACCEPTED
01-14-01006-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/9/2015 3:08:15 PM
CHRISTOPHER PRINE
CLERK

IN THE COURT OF APPEALS OF TEXAS
FIRST JUDICIAL DISTRICT

CHARLES RAY CARTER §

§

vs. §

§

THE STATE OF TEXAS §

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/9/2015 3:08:15 PM
CHRISTOPHER A. PRINE
Clerk

Case No. 01-14-01006-CR

MOTION TO EXTEND TIME TO FILE BRIEF

TO THE HONORABLE JUSTICES OF THIS COURT:

Appellant Charles Ray Carter, through counsel, moves the Court to extend time to file his brief, due September 8, 2015, for the following reasons:

1.    Counsel, Assistant Public Defender, Melissa Martin has been working on many cases including, but not limited to *Humphrey v. State* , 14-15-00226-CR; *Hill v. State*, 01-14-00945-CR; *Sanchez v. State*, 01-15-00609-CR; *Davison v. State*, 14-15-00511-CR; *Jones v. State,* PD-0587-CR (brief due September 29, 2015); as well as the instant case and has been unable to complete the brief despite due diligence.

2.    This is the fourth request for an extension in this case.

3.    This is a murder case in which a motion for new trial was held, which involved many documents and which lasted several hours. The brief is nearly complete but still requires editing. Further, due to some confusion as to which documents belonged in the reporter's record, the record from the hearing needs further correction, despite the first amended version submitted to the Court.

4.    This office recently lost a member of the appellate staff and his cases have been distributed among the seven remaining appellate lawyers; this has temporarily created unanticipated scheduling difficulties.

In view of the foregoing, Mr. Carter asks the Court to extend the time to file his brief for 30 days, or up to and including October 6, 2015. Counsel anticipates filing the brief sooner than that but asks for 30 days out of an abundance of caution. This request is made in the interest of justice and effective assistance of counsel and not for purposes of delay.

Respectfully submitted,

**ALEXANDER BUNIN**
Chief, Harris County Public Defender's Office

*/s/ Melissa Martin*

_____

MELISSA MARTIN
Assistant Public Defender
TX. Bar No. 24002532
1201 Franklin St., 13th Fl.
Houston, TX 77002
email: melissa.martin@pdo.hctx.net
713/274-6709 Fax 713/437-4319

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing motion was electronically served on the Harris County District Attorney's office on September 9, 2015.

*/s/ Melissa Martin*

_____

Melissa Martin